UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CECILE BARKER | : |
| | : |
| PLAINTIFF | :  CIVIL ACTION NO. 8:11-cv-01642-RWT |
| v. | : |
| | : |
| EYAL BANAI, <u>et al</u> | : |
| | : |
| DEFENDANTS | : |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), all parties in this matter hereby stipulate to the dismissal of the above referenced case with prejudice.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
David W. Lease, Esq.; Fed. Bar No.:09426
Jeffrey D. Goldstein, Esq.; Fed. Bar No.:22845
11 North Washington Street, Suite 520
Rockville, Maryland 20850
Telephone: (301) 838-8950
Facsimile: (301) 838-0322

Attorneys for Defendants

MCNAMEE HOSEA JERNIGAN KIM
GREENAN & LYNCH, P.A.

By: _____/s/_____
Christopher L. Hamlin, Esquire (Fed. Bar. No. 04597)
Aaron D. Neal, Esquire (Fed. Bar. No. 28566)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9540

Attorneys for the Plaintiff

"APPROVED" THIS 26th DAY
of July, 2011
/s/ ROGER W. TITUS
UNITED STATES DISTRICT JUDGE